## KINDLE v. STATE.
### No. 21981.

Court of Criminal Appeals of Texas.

March 4, 1942.

J. W. McCullough, of McKinney, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft of chickens, punishment being assessed at 5 days in the county jail.

Judgment of conviction was entered upon appellant's plea of guilty.

No statement of facts or bills of exception are found in the record. Nothing is presented for review.

The judgment is affirmed.